LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendant Sunrise Highlands Community Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH BERBERICH; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION; ALESSI AND KOENIG, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00279-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUNRISE HIGHLANDS COMMUNITY ASSOCIATION TO FILE REPLY TO BANK OF AMERICA, N.A.'S OPPOSITION TO MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Bank of America, N.A., and Defendant Sunrise Highlands Community Association, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Sunrise Highlands Community Association to file Reply to Bank of America, N.A. Opposition to Defendant Sunrise Highlands Community Association's Motion to Dismiss

[ECF No. 11] (Docket No. 21) shall be extended until **June 8, 2016.** The current deadline is June 2, 2016. Bank of America N.A.'s Opposition to Defendant Sunrise Highlands Community Association's Motion to Dismiss was originally filed on May 23, 2016.

This is the parties' first request for extension and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of May, 2016.

AKERMAN, LLP

*/s/ Tenesa S. Scaturro*
BY: _____
   Ariel E. Stern, Esq.
   Allison R. Schmidt, Esq.
   Tenesa S. Scaturro, Esq.
   1160 Town Center Drive, Suite 330
   Las Vegas, Nevada 89144
   *Attorneys for Plaintiff*

Dated this 26th day of May, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN PC

*/s/ Megan H. Hummel*
By: _____
   Joseph P. Garin, Esq.
   J. William Ebert, Esq.
   Megan H. Hummel, Esq.
   9900 Covington Cross Dr., Ste.120
   Las Vegas, Nevada 89144
   *Attorneys for Defendant Sunrise Highlands Community Association*

**ORDER**

IT IS SO ORDERED.

DATED this  31  day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE