1

## UNITED STATES DISTRICT COURT

2

## DISTRICT OF NEVADA

3

4     BANK OF AMERICA, N.A.,                    )          Case No. 2:16-cv-00279-GMN-CWH
                                                )
5                  Plaintiff,                    )
                                                )
6           v.                                   )
                                                )
7     KENNETH BERBERICH, et al.,                 )          **ORDER**
                                                )
8                  Defendants.                   )
                                                )
9     _____ )

10          Presently before the court is Defendant Kenneth Berberich's motion (ECF No. 31) for

11   demand for security costs, filed on August 11, 2016.  Plaintiff has filed a notice (ECF No. 33) of

12   limited non-opposition, on August 22, 2016.  Both parties agree that a cost bond of $500 is

13   appropriate in this matter.

14          IT IS THEREFORE ORDERED that Defendant's motion (ECF No. 31) for demand for

15   security costs is GRANTED.

16          IT IS FURTHER ORDERED that Plaintiff Bank of America, N.A. post a cost bond with the

17   court in the amount of $500, or make a cash deposit of $500 as to Defendant Berberich within thirty

18   days of this order.

19          DATED: September 19, 2016.

20

21   _____

22          C.W. Hoffman, Jr.
            United States Magistrate Judge

23

24

25

26

27

28