ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>                              Plaintiff,<br><br>          vs.<br><br>KENNETH BERBERICH; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION; ALESSI AND KOENIG, LLC,<br><br>                              Defendants. | Case No.:       2:16-cv-00279-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>(FIRST REQUEST) |

Pursuant to LR 1A 6-1 and LR 26-4, Plaintiff, Bank of America, N.A. ("BANA") and Defendants, Kenneth Berberich ("Berberich"), Sunrise Highlands Community Association ("HOA") and Alessi & Koenig, LLC ("A&K"), by and through their respective counsel, stipulate to extend the deadline for all parties to file dispositive motions by 28 days, to **July 20, 2018.**  Dispositive motions were originally due to be filed on June 22, 2018.  This is the parties' first request for an extension of the dispositive motion deadline.

. . .

. . .

. . .

. . .

1

45572109;1

As counsel need additional time to evaluate this matter and provide briefing of maximum assistance to the court, the parties have entered into this agreement in good faith and not for purposes of delay.  There is no trial date scheduled as of yet.

DATED this 22nd day of June, 2018

**AKERMAN LLP**

/s/ Jamie K. Combs
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff Bank of America, N.A.*

**AYON LAW PLLC**

/s/ Luis Ayon
LUIS AYON, ESQ.
Nevada Bar No. 9752
9205 West Russel Rd., Bldg. 3
Las Vegas, NV 89148
*Attorney for Kenneth Berberich*

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

/s/ Lisa J. Zastrow
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive , Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant Sunrise Highland Community Association*

**HOA LAWYERS GROUP, LLC**

/s/ Steven T. Loizzi, Jr.
STEVEN T. LOIZZI, JR., ESQ.
Nevada Bar No. 10920
9500 W. Flamingo, Suite #205
Las Vegas, Nevada 89147
*Attorney for Alessi & Koenig, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED _____ June 25, 2018

45572109;1