LUIS A. AYON, ESQ.
NEVADA BAR NO. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
Telephone:	(702) 600-3200
Facsimile:	(702) 447-7936
E-Mail:	laa@ayonlaw.com
*Attorneys for Defendant,*
*KENNETH BERBERICH*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. a successor by merger to BAC HOMES LOANS SERVICING, L.P.<br><br>Plaintiff,<br><br>Vs.<br><br>KENNETH BERBERICH; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION; ALLESSI AND KOGNIG, LLC | Case No.: 2:16-cv-00279-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT [ECF NOS. 62]**<br><br>**[FIRST REQUEST]** |

Defendant Kenneth Berberich ("Kenneth Berberich") and Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("Bank of America") by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED , that the deadline for Kenneth Berberich to file to file its Reply to Motion for Summary Judgment shall be extended to August 27th, 2018. The Response was due on August 24th, 2018.

This is the parties' first request for an extension and its is their way of accommodating each other. The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or to cause prejudice to any party.

DATED this 27th day of August, 2018.

**AYON LAW, PLLC**

*/s/ Luis A. Ayon*_____
Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge Drive, Suite 115
Las Vegas, NV 89134
***Attorneys for Defendant***
***KENNETH BERBERICH***

DATED this 27th day of August, 2018.

**AKERMAN, LLP**

*/s/ Jamie Combs*_____
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Jamie Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
***Attorneys for Plaintiff***
***Bank of America, N.A.***

DATED this 27th day of August, 2018

**LIPSON NEILSON, PC**

*/s/ Lisa J. Zastrow*_____
J. WILLAIM EBERT, ESQ.
Nevada Bar No. 2697
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89114
***Attorney for Defendant Sunrise Highlands Community Association***

**ORDER**

IT IS SO ORDERED.

DATED this __29__ day of August, 2018

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT