LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ. (NV Bar No. 2697)
LISA J. ZASTROW, ESQ. (NV Bar No. 9727)
KAREN KAO, ESQ. (NV Bar No. 14386)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
lzastrow@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant*
*Sunrise Highlands Community Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH BERBERICH; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION; ALESSI AND KOENIG, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00279-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SUMMARY JUDGMENT MOTIONS (ECF NOS. 60 AND 69)**<br><br>**(Second Request)** |

Defendant SUNRISE HIGHLANDS COMMUNITY ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, ("BANK OF AMERICA, N.A.") by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to respond to Plaintiff BANK OF AMERICA, N.A.'s Motion for Partial Summary Judgment (ECF No. 60) shall be extended to **August 24, 2018**. The HOA's Response is currently due on August 20, 2018. It is also stipulated that the deadline for HOA to file its Reply to Plaintiff Bank of America, N.A.'s Opposition to Sunrise Highland Community Association's Motion for Summary Judgment (ECF No. 69), shall also be extended to **August 24, 2018**. HOA's Reply is currently due on August 17, 2018. This is the party's second request for extension and is their way of accommodating each other. The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or to cause prejudice to any party.

DATED this 16th day of August, 2018

AKERMAN, LLP

/s/ *Jamie K. Combs*
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*
*Bank of America, N.A.*

DATED this 16th day of August, 2018.

LIPSON NEILSON P.C.

/s/ *Lisa J. Zastrow*
_____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
KAREN KAO, ESQ.
Nevada Bar 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Sunrise Highlands Community Association*

**ORDER**

IT IS SO ORDERED.

DATED this __29__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT