LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ. (NV Bar No. 2697)
LISA J. ZASTROW, ESQ. (NV Bar No. 9727)
KAREN KAO, ESQ. (NV Bar No. 14386)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
lzastrow@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant*
*Sunrise Highlands Community Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH BERBERICH; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION; ALESSI AND KOENIG, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00279-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(First Request) |

Defendant SUNRISE HIGHLANDS COMMUNITY ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, ("BANK OF AMERICA, N.A.") by and through their respective counsel hereby agree and respectfully request that this Court continue the settlement conference currently scheduled for November 2, 2018 **to December 11, 2018 or other date convenient to the Honorable**

**Court**, in view of conflicts in schedules of the trial attorneys for the HOA in this matter. J. William Ebert, Esq. is scheduled to attend a firm trial in the case of *Saticoy Bay LLC vs. BAC Home Loans Servicing LP*, Case No. A-13-690466-C and A-14-698052-C with the District Court of Clark County, Nevada. Co-counsel Lisa J. Zastrow, Esq., on the other hand, is scheduled to appear in a hearing before the Nevada Dental Board in the matter of *Nevada State Board of Dental Examiners vs. Duff Kaster, DDS*, Case No. 2357-1612, which hearing date cannot be moved. Trial attorney for Bank of America, N.A. has also indicated unavailability until after first week of December.

The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the circumstances.

DATED this 19th day of October, 2018

AKERMAN, LLP

/s/ Jaime K. Combs
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*
*Bank of America, N.A.*

Dated this 19th day of October, 2018

AYON LAW PLLC

/s/ Luis Ayon
_____
Luis Ayon, Esq. (Bar No. 9752)
8716 Spanish Ridge Ave., Suite 115
Las Vegas, NV 89148

*Attorney for Kenneth Berberich*

DATED this 19th day of October, 2018.

LIPSON NEILSON P.C.

/s/ Lisa J. Zastrow
_____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
KAREN KAO, ESQ.
Nevada Bar 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Sunrise Highlands Community Association*

**PROPOSED ORDER**

IT IS HEREBY ORDERED, based on the Parties' stipulation and for good cause shown, that:

1. The settlement conference scheduled on November 2, 2018 is continued to January 11, 2019. Plaintiffs must arrive at 8:30 a.m. Defendants must arrive at 9:00 a.m.

2. The deadline to submit settlement conference statements is re-set to seven calendar days prior to the new settlement conference date.

IT IS SO ORDERED.

DATED: October 22, 2018.

_____
UNITED STATES MAGISTRATE JUDGE