LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 947-7110
E-Mail: laa@ayonlaw.com
*Attorneys for Defendant*
*Kenneth Berberich*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>KENNETH BERBERICH; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION; ALESSI AND KOENIG, LLC,<br><br>Defendants. | 2:16-cv-00279-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT KENNETH BERBERICH'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL AUTHORITY**<br><br>**(FIRST REQUEST)** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP's ("BANA") by and through its attorneys of record, the law firm of AKERMAN LLP and Defendant Kenneth Berberich ("Mr. Berberich") by and through his attorneys of record, the law firm of AYON LAW, PLLC, hereby file this stipulation granting Mr. Berberich a one-day extension until March 1, 2019 to file its response to BANA's supplemental authority [ECF No. 91].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the first request for an extension of this deadline.

| | |
|---|---|
| DATED this 1st day of March, 2019. | DATED this 1st day of March, 2019. |
| **AYON LAW, PLLC** | **AKERMAN, LLP** |
| */s/ Luis A. Ayon* <br> Luis A. Ayon, Esq. <br> Nevada Bar No. 9752 <br> 8716 Spanish Ridge Avenue, Suite 115 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendant* <br> *Kenneth Berberich* | */s/ Jamie K. Combs* <br> Jamie K. Combs, Esq. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff* <br> *Bank of America, N.A.* |

**IT IS SO ORDERED.**

DATED this \_\_\_\_4\_\_\_\_ day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**AYON LAW, PLLC**
**8716 Spanish Ridge Avenue**
**Suite 115**
**LAS VEGAS, NEVADA 89148**
**PHONE: (702) 600-3200**

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DEFENDANT KENNETH BERBERICH'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL AUTHORITY (FIRST REQUEST)** was made on this 1st day of March, 2019, via the Court's CM/ECF system to all parties and counsel appearing in this case.

| | |
|---|---|
| Jamie K. Combs | jamie.combs@akerman.com |
| Tenesa S. Powell | tenesa.powell@akerman.com |
| Ariel E. Stern | ariel.stern@akerman.com |
| J. William Ebert | bebert@lipsonneilson.com |
| Joseph P. Garin | NVECF@lipsonneilson.com |
| Megan H. Hummel | mhummel@lipsonneilson.com |
| Karen Kao | kkao@lipsonneilson.com |
| Amber M. Williams | awilliams@lipsonneilson.com |
| Lisa J. Zastrow | lzastrow@lipsonneilson.com |

                                                   /s/Linda Marie Fossessca
                                                An Employee of Ayon Law, PLLC